IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                    Case No. 4:16-cr-40022-1

DEMETRIUS ALLAH STANLEY                                                                       DEFENDANT

## ORDER

Before the Court is a Motion for Jail Time Credit filed by Basil Abdul Rasheed on behalf of his son, Detrius Allah Stanley. ECF No. 107. In the motion, Rasheed asks for the Court to award Stanley credit for "time served prior to trial." ECF No. 107. The motion is signed by Rasheed and not Stanley. Upon consideration, the Court finds that the motion (ECF No. 107) should be stricken from the record because Rasheed cannot file a motion on behalf of his son. *See* 28 U.S.C. § 1654; *see also Steele v. City of Bemidji*, 257 F.3d 902, 905 (a non-lawyer may not represent another person or entity in federal court). Accordingly, the Clerk of Court is directed to strike the instant motion from this action.

**IT IS SO ORDERED**, this 6th day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge